ADELAIDE JOSEPH, Respondent, v. THE HORN & HARDART COMPANY, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, on the ground that no actionable negligence on the part of the defendant has been

established. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley and Cohn, JJ., dissent and vote to affirm.